```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ADEEBA YAHYA HIZAM NAGI and FAHD ABDO                                  :
SALEH ALHARBI,                                                         :
                                                                       :
                            Petitioners,                               :
                                                                       :
            -v-                                                        :   25 Civ. 2453 (JPC)
                                                                       :
MARCO RUBIO, in his official capacity as Secretary of                  :         ORDER
State, and RENA BITTER, in her official capacity as                    :
Assistant Secretary for Consular Affairs,                              :
                                                                       :
                            Respondents.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Petitioners shall file a status letter in this matter by July 7, 2025. In that letter, Petitioners should advise whether the petition has been served on Respondents. If so, Petitioners must promptly file proof of service on the docket. Petitioners are also directed to address the deficiencies in the filing of the mandamus petition, Dkt. 1, and civil cover sheet, Dkt. 2, noted by the Clerk of Court.

SO ORDERED.

Dated: June 27, 2025
       New York, New York
                                                        _____
                                                            JOHN P. CRONAN
                                                            United States District Judge