UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADEEBA YAHYA HIZAM NAGI AND FAHD
ABDO SALEH AL HARBI,

                         Petitioners,

          -against-

MARCO RUBIO, *IN HIS OFFICIAL
CAPACITY AS SECRETARY OF STATE*, AND
MORA NAMDAR, *IN HER OFFICIAL
CAPACITY AS ASSISTANT SECRETARY FOR
CONSULAR AFFAIRS.*,

                         Respondents.

25 CIVIL 2453 (JPC)

**<u>JUDGMENT</u>**

---

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated June 25, 2026, the Court grants Respondents' motion to dismiss for lack of subject matter jurisdiction and dismisses the Petition without prejudice; accordingly the case is closed.

**Dated:**  New York, New York
         June 26, 2026

                                 **TAMMI M. HELLWIG**
                                    **Clerk of Court**

**BY:**

                                   **Deputy Clerk**